RECEIVED
SEP 30 2011
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CALVIN HENDERSON | CIVIL ACTION NO. 08-cv-0769 |
| VERSUS | JUDGE WALTER |
| WARDEN, LOUISIANA STATE PENITENTIARY | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus is **denied.**

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 30 day of Sept, 2011.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE